MCGREGOR W. SCOTT
UNITED STATES ATTORNEY
ZAVEN SAROYAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
95 ABW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

FILED

MAY 1 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK M. BARONE<br><br>Defendant. | MOTION AND ORDER FOR DISMISSAL<br><br>CASE NO.: 5:06-mj-0047-TAG/C-14<br><br>MAGISTRATE JUDGE THERESA A. GOLDNER |
| --- | --- |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss the Complaint against Mark M. Barone, without prejudice, in the interest of justice. The Government has made several unsuccessful attempts to notify the defendant of the hearing date.

Respectfully Submitted

McGregor W. Scott
United States Attorney

DATED: May 10, 2007

By  *Zaven Saroyan*
Special Assistant United States Attorney

1

1 <u>ORDER</u>

3   IT IS HEREBY ORDERED that the case against Mark M. Barone, Case No.: 5:06-mj-00047-
4   TAG/C-14, be dismissed, without prejudice, in the interest of justice.

6   DATED this **10th** day of **May**, 2007.

*[signature]*

THERESA A. GOLDNER

UNITED STATES MAGISTRATE JUDGE